1038

No. 813.   SHAPIRO, COMMISSIONER OF WELFARE OF THE STATE OF CONNECTICUT *v.* THOMPSON.   Appeal from D. C. Conn.   (Probable jurisdiction noted, 389 U. S. 1032.)   Motion for permission for two attorneys for leave to participate in oral argument granted.   *Lorna Lawhead Williams,* Special Assistant Attorney General of Iowa, on the motion.

No. 1320, Misc.   McDONALD ET AL. *v.* BOARD OF ELECTION COMMISSIONERS OF CHICAGO ET AL.   Appeal from D. C. N. D. Ill.   Motion for leave to proceed *in forma pauperis* granted.   Further consideration of question of jurisdiction postponed to hearing of the case on the merits, and case transferred to appellate docket.   *Marshall Patner* on the motion.

No. 1209.   McCARTHY *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari granted.   *Barnabas F. Sears, Wayland B. Cedarquist* and *Maurice J. McCarthy* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 1212.   UNITED STATES *v.* AUGENBLICK ET AL.   Ct. Cl.   Certiorari granted.   *Solicitor General Griswold, Assistant Attorney General Weisl, John C. Eldridge* and *Robert V. Zener* for the United States.   *Joseph H. Sharlitt* and *Steven R. Rivkin* for Augenblick and *Francis J. Steiner, Jr.,* for Juhl, respondents.